No. 65388.—Louis Marx & Co., Inc. v. United States, protests 59/8483, 60/5692, and 59/16029 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of metal figures or images of animate objects, the claim of the plaintiff was sustained.

No. 65389.—H. Hudson Dobson, Inc., and Lep Transport, Inc. v. United States, protests 59/27432 and 59/26096 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of metal figures or images of animate objects, the claim of the plaintiffs was sustained.

No. 65390.—Seven Seas Merchandising Corp. v. United States, protest 60/24466 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dice the same in all material respects as those the subject of Abstract 64186, the claim of the plaintiff was sustained.